BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-5557
E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHREY SHRIVASTAVA,

Plaintiff,

v.

MARCO RUBIO, SECRETARY, U.S. DEPARTMENT,

Defendant.

No. 8:25-cv-01639-AH-ADS

**DECLARATION OF ALEXANDER L. FARRELL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND COMPLIANCE WITH LOCAL RULE 7-3**

Hearing Date: January 7, 2026
Hearing Time: 1:30 p.m.
Ctrm: 9C

Honorable Anne Hwang
United States District Judge

I, Alexander L. Farrell, declare,

1. I am an Assistant United States Attorney employed by the Office of the United States Attorney for the Central District of California. I am an attorney for Defendant Marco Rubio, in his official capacity as the United States Secretary of State (the "Secretary" or "Defendant") on this matter. The factual statements set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

2. Plaintiff Shrey Shrivastava is represented by the law firm Wolfsdorf Rosenthal LLP and attorney Bernard P. Wolfsdorf (Cal. Bar No. 107657). Plaintiff is also represented by Mr. Brad Banias of the law firm Banias Law, LLC. As of the date of this declaration, Mr. Banias is an out of state attorney (Supreme Court of South Carolina Bar No. 76653) and he has not yet filed an application to appear *pro hac vice* in this matter. Mr. Banias' contact information includes telephone number (843) 352-4272 and his email address brad@baniaslaw.com. Mr. Banias has previously appeared *pro hac vice* in other matters filed in this district court.

3. On October 16, 2025, I spoke to Mr. Banias by telephone to complete the Local Rule 7-3 conference of counsel. During the conference, we thoroughly discussed the substance of the Defendant's planned motion to dismiss. Due to the lapse of appropriations, the Parties stipulated to stay the action until government funding was reappropriated. *See* Dkt. 15-16.

4. On November 18, 2025, at approximately 9:30 a.m., I spoke to Mr. Banias by video conference to again complete the Local Rule 7-3 conference of counsel. During the conference, we thoroughly discussed the substance of the Defendant's planned motion to dismiss. We also discussed a potential resolution of this motion, but after the conference, the parties were unable to reach a resolution. The parties have different perspectives on the proper venue of this case, on whether there has been an unreasonable delay in the adjudication, and whether the Secretary is the proper defendant, and thus have different perspectives on whether this lawsuit should proceed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2025, at Los Angeles, California.

*/s/ Alexander L. Farrell*
ALEXANDER L. FARRELL
Assistant United States Attorney