UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHREY SHRIVASTAVA,<br>Plaintiff,<br>v.<br>MARCO RUBIO, SECRETARY, U.S. DEPARTMENT,<br>Defendant. | No. 8:25-cv-01639-AH-ADS<br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>Honorable Anne Hwang<br>United States District Judge |

On November 25, 2025, Defendant Marco Rubio, in his official capacity as the United States Secretary of State (the "Secretary" or "Defendant") filed a motion to dismiss the Complaint filed by Plaintiff Shrey Shrivastava. Dkt. 17.

Defendant moved on the grounds that Plaintiff has failed to state a claim under Fed. R. Civ. P. 12(b)(6) that the adjudication of the visa application has been unreasonably delayed. Defendant also moved on the grounds that Plaintiff has failed to establish proper venue under Fed. R. Civ. P. 12(b)(3) because neither Plaintiff nor Secretary Rubio are residents within the geographic limits of the United States District Court for the Central District of California. Further, Defendant moved on the grounds that Plaintiff has failed to state a claim under Fed. R. Civ. P. 12(b)(1) because Secretary Rubio is an improper defendant for a lawsuit seeking to adjudicate Plaintiff's visa application.

The Court, having considered the motion, as well as the arguments of the parties and the papers submitted, and finding good cause, it is hereby ordered that:

Plaintiff Shrey Shrivastava's Complaint against Defendant Marco Rubio, in his official capacity as the United States Secretary of State, is dismissed.

Granting leave to amend the Complaint is not appropriate as the deficiencies cannot be cured.

IT IS SO ORDERED.

Dated: ______________ ____________________________________

Honorable Anne Hwang
United States District Judge