**Wednesday, January 14, 2026 at 10:22:34 PM Eastern Standard Time**

**Subject:** RE: Shrivastava v. Rubio
**Date:** Monday, January 12, 2026 at 3:46:03 PM Eastern Standard Time
**From:** Farrell, Alexander (USACAC)
**To:** Brad Banias, bernard@wolfsdorf.com

Brad and Bernie,

The most recent information that I have is that State Department just received the most recent medical examination report on 1/8/26 and that they are still considering the reports in their decision. I again would request that you reconsider your strategy of proceeding forward with an MSJ at this time. I would need at least 90 days after filing of an answer to be able to draft an opposition to an MSJ. I think it is best for all parties to see how this MTD shakes out in the coming 3 weeks. I don't think it is unreasonable at all to wait for a ruling which we may get at the hearing on 2/4/26.

Thanks,

Alec Farrell
Assistant United States Attorney
United States Attorney's Office, Central District of California
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Tel: (213) 894-5557
E-mail: alexander.farrell@usdoj.gov

---

**From:** Brad Banias <Brad@baniaslaw.com>
**Sent:** Wednesday, January 7, 2026 2:02 PM
**To:** Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>
**Cc:** bernard@wolfsdorf.com
**Subject:** [EXTERNAL] Re: Shrivastava v. Rubio

Alec:

This is a delay case. Your MTD is a form MTD. But this is a unique case in that the consulate said go do three alcohol tests and we'll make a decision. He did the tests, and we are still waiting. Have you talked to your client to see what's going on? Perhaps they plan to bring him in?

Also, DOS typically argues these cases are subject to record review. So, the concerns about a record are off base. And I don't think it is a waste of resources to file the MSJ in a delay case where the plaintiff has jumped through all of the hoops required by DOS.

What date would you propose other than 2/6?